1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  RANDY LUSKEY (CABN 240915)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California  94102
       Telephone:     (415) 436-7200
7      Facsimile:     (415) 436-7234
       randall.luskey@usdoj.gov
8
   Attorneys for the United States of America
9

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,        ) CR 12-00672 RS
   |                                  )
14 |       Plaintiff,                 ) STIPULATION AND [PROPOSED] ORDER
   |                                  ) EXCLUDING TIME UNDER THE SPEEDY
15 |    v.                            ) TRIAL ACT FROM OCTOBER 30, 2012 TO
   |                                  ) NOVEMBER 27, 2012
16 | ROBERT WILDMAN,                  )
   |                                  )
17 |                                  )
   |       Defendant.                 )
18 |                                  )
   |_____)
19

20       On October 30, 2012, the parties in this case appeared before the Honorable Richard

21 Seeborg for a status conference.  At that time, the parties represented that the government had

22 recently produced discovery to the defense and that the defense would need additional time to

23 review and analyze the discovery and to conduct investigation into Mr. Wildman's prior state

24 convictions.  The parties jointly requested an extension of time until November 27, 2012 and

25 stipulated that time should be excluded from October 30, 2012 to November 27, 2012 for

26 effective preparation of defense counsel.  The parties represented that granting the continuance

27 was for the reasonable time necessary for effective preparation of defense counsel, taking into

28 account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

STIP. & [PROP.] ORDER EXCL. TIME
CR 12-00672 RS                                  1

The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendants in a speedy trial.  See 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED:

                                  MELINDA HAAG
                                  United States Attorney

DATED: November 26, 2012           /s/
                                  RANDY LUSKEY
                                  Assistant United States Attorney

DATED: November 26, 2012           /s/
                                  EDWARD HU
                                  Attorney for Robert Wildman

IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act from October 30, 2012 to November 27, 2012, under 18 U.S.C. § 3161(B)(iv) and 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED:  11/26/12                                       
                                  THE HON. RICHARD SEEBORG
                                  United States District Court Judge

STIP. & [PROP.] ORDER EXCL. TIME
CR 12-00672 RS                            2