MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

RANDY LUSKEY (CABN 240915)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 436-7200
    Facsimile:      (415) 436-7234
    randall.luskey@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 12-00672 RS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FROM NOVEMBER 27, 2012 TO DECEMBER 18, 2012 |
| v. | |
| ROBERT WILDMAN, | |
| Defendant. | |

      On November 27, 2012, the parties in this case appeared before the Honorable Richard Seeborg for a status conference.  At that time, defense counsel represented that the defense would need additional time to review and analyze the discovery and to conduct investigation into Mr. Wildman's prior state convictions.  The parties jointly requested an extension of time until December 18, 2012 and stipulated that time should be excluded from November 27, 2012 to December 18, 2012 for effective preparation of defense counsel.  The parties represented that granting the continuance was for the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

STIP. & [~~PROP.~~] ORDER EXCL. TIME
CR 12-00672 RS                         1

1     The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendants in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED:

                              MELINDA HAAG
                              United States Attorney

DATED: December 17, 2012                 /s/
                                          RANDY LUSKEY
                              Assistant United States Attorney

DATED: December 17, 2012                 /s/
                              EDWARD HU
                              Attorney for Robert Wildman


    IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act from November 27, 2012 until December 18, 2012, under 18 U.S.C. § 3161(B)(iv) and 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED: 12/17/12                               /s/ Richard Seeborg
                                          THE HON. RICHARD SEEBORG
                                          United States District Court Judge